IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI): | |
| THIS DOCUMENT RELATES TO:<br>GEORGIA-PACIFIC CORPORATION CASES<br>ON THE ATTACHED LIST | CIVIL ACTION NO. MDL 875 |

### ORDER

IT IS ORDERED that Georgia-Pacific Corporation has settled with the plaintiffs in the cases on the attached list. A Certificate of Service is attached to this document.

BY THE COURT:

Charles R. Weiner, J.

Date: May 8, 2000

**District of Arizona**

2-87-2160

2-87-2165

2-87-2170

2-87-2171

2-87-2172

2-87-2173

2-87-2174

2-87-2175

2-87-2176

2-87-2177

2-87-2178

2-87-2181

2-87-2182

2-87-2183

2-87-2187

2-87-2189

2-87-2191

2-87-2192

2-87-2194

2-87-2195

2-87-2196

2-87-2197

2-87-2198

2-87-2199

2-87-2202

2-87-2203

2-87-2206

2-87-2210

2-87-2212

2-87-2213

2-87-2214

2-87-2215

2-87-2216

2-87-2217

2-87-2218

2-87-2219

2-87-2243

2-87-2244

2-87-2246

2-87-2247

2-87-2249

2-87-2250

2-87-2251

2-87-2252

2-87-2253

2-87-2254

2-88-694

2-91-727

2-91-1093

3-87-2190

3-87-2245

3-87-2248

3-87-2255

**Southern District of Florida**

0-88-6163

0-88-6353

0-88-6356

3

0-88-6359

0-92-6186

0-92-6188

0-92-6191

0-92-6195

0-92-6197

0-92-6198

0-92-6208

**District of Maryland**

1-88-2607

1-89-1780

1-91-803

1-92-1879

**1-95-2983**

**Eastern District of Missouri (MO)**

4-89-1208

**Western District of Missouri (MO)**

4-89-289

4-89-291

4-89-589

**District of North Dakota**

4-92-227

**Eastern District of New York**

1-91-1409

1-91-1411

**Northern District of New York**

1-89-394

1-89-395

1-89-396

1-89-397
1-89-398
1-89-400
1-89-401
1-89-402
1-89-403
1-89-404
1-89-406
1-89-407
1-89-408
1-89-409
1-89-410
1-89-411
1-89-413
1-89-414
1-89-415
1-89-416
1-89-417
1-89-418
1-89-419
1-89-420
1-89-421
1-89-422
1-89-423
1-89-426
1-89-427
1-89-429
1-89-430
1-89-431

1-89-432

1-89-1099

1-89-1100

1-89-1376

1-89-1377

1-89-1378

1-89-1379

1-89-1380

1-89-1381

1-90-185

1-90-186

1-90-187

1-90-188

1-90-190

1-90-288

1-90-381

**Southern District of New York**

1-88-7769

1-88-7770

1-88-7775

1-89-2862

1-89-3208

1-89-4721

1-89-6769

1-89-6779

1-89-7823

1-89-7825

1-90-472

1-90-1056

1-90-1060

1-90-1064

1-90-1188

1-90-1626

1-90-4572

1-91-5491

1-91-5492

**Western District of Texas**

1-90-652

5-90-652

## CERTIFICATE OF SERVICE

I, Barbara J. Buba, Esquire, hereby certify that a true and correct copy of the foregoing proposed order and attached list of cases in which plaintiffs settled with Georgia-Pacific Corporation, were sent via United States first-class mail postage prepaid to all Plaintiffs' counsel listed below on the date set forth below.

**WARD, KEENAN & BARRETT, P.C.**
3030 N. 3rd Street, Suite 930
Phoenix, Arizona 85012

**REED A. BRYAN**
707 Southeast Third Avenue, Suite 400-A
P.O. Box 2466
Fort Lauderdale, Florida 33303-2466

**ROBLES & GONZALEZ, P.A.**
100 S. Biscayne Boulevard
Suite 900
Miami, Florida 33131

**PFEIFER & FABIAN, P.A.**
326 St. Paul Pl.
Baltimore, Maryland 21202-2131

**LAW OFFICES OF PETER G. ANGELOS**
540 Dundalk Avenue
Baltimore, MD 21224

**BARON & BUDD, A PROFESSIONAL CORPORATION**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219

**WILENTZ GOLDMAN & SPITZER**
Suite 900
90 Woodbridge Center Drive
Woodbridge, NJ 07095

_____
Barbara J. Buba, Esquire

Date: 5/1/00

MICHAEL E. KUNZ  
CLERK OF COURT  
(215) 597-7704

CLERK'S OFFICE  
ROOM 2609

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF PENNSYLVANIA  
UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106



May 10, 2000

Frank L. Monge, Clerk  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
United States Courthouse  
101 West Lombard Street  
Baltimore, MD 21201-2691

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 70,000 actions, we are forwarding these orders to you for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ  
CLERK OF COURT

Nicole Picariello  
MDL Coordinator

Enclosure